IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE: ROBERT AND DONNA HARDIN, | ) | Case No. 17-14989-MLB |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | **LIMITED OBJECTION TO DEBTORS'** |
| | ) | **MOTION TO SELL REAL PROPERTY** |
| | ) | |
| | ) | **HEARING DATE:** |
| | ) | Date: February 12, 2020 |
| | ) | Time: 9:00 a.m. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**TO: THE HONORABLE MARC L. BARRECA, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, AND THE DEBTOR AND COUNSEL FOR SAME**

NATIONSTASR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY 2006-5 ("Creditor"), the holder of a first secured claim recorded against property located at 733 145th Place, Snohomish, Washington 98087 ("Property) files this limited objection to the proposed sale of the Property. Creditor's claim against the Property is set forth in the claim which it filed in this matter (Claim No. 5-1filed April 3, 2018). Creditor does not object to the

Limited Objection to Sale of Property

- 1

Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059(phone)
(206) 842-1642(fax)
courtneylaw@comcast.net

Case 17-14989-MLB    Doc 54    Filed 02/04/20    Ent. 02/04/20 11:33:56    Pg. 1 of 3

sale provided that it receives payment in full from the proceeds of the proposed sale. The payoff to Creditor is $314,119.99 as of February 29, 2020.

Respectfully submitted this 4th day of February, 2020.

/s/Grant E. Courtney
Grant E. Courtney, WSBA #16248
Attorney for Creditor.

Limited Objection to Sale of Property

- 2

Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059(phone)
(206) 842-1642(fax)
courtneylaw@comcast.net

Case 17-14989-MLB    Doc 54    Filed 02/04/20    Ent. 02/04/20 11:33:56    Pg. 2 of 3

**PROOF OF SERVICE**

On June 27, 2019, I filed the above Objection to Confirmation of Chapter 13 Plan with the United States Bankruptcy Court, Western District of Washington, and Seattle Division. The pleading was served on the interested parties via ECF. In addition, a true and correct copy of the Objection was sent, on June 27, 2019, via first class mail, postage pre-paid to the following parties:

**Debtor**
Randy Ralph Johnson
2306 NW 10th Street
Renton, WA 98056

**Debtor's Counsel**
Brian Hallab
31811 Pacific Hwy S., B-101
Federal Way, WA 98056

**Chapter 13 Trustee**
Jason Wilson-Aguilar
600 University Street, #1300
Seattle, WA 98101

**United States Trustee**
United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101

I declare under penalty of perjury that the foregoing is true and correct.

Executed, June 27, 2019 at Bainbridge Island, WA.

/s/ Grant E. Courtney

Limited Objection to Sale of Property

- 3

Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059(phone)
(206) 842-1642(fax)
courtneylaw@comcast.net

Case 17-14989-MLB    Doc 54    Filed 02/04/20    Ent. 02/04/20 11:33:56    Pg. 3 of 3